# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00096-CR

---

**William Baptiste Bloys, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
### NO. CR8500, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief on appeal was originally due April 11, 2024, but following an abatement was scheduled to be due June 20, 2024. On counsel's motions, the time for filing was extended to August 21, 2024. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. In both his second and third motions, appellant's counsel has represented that he believes appellant wants to dismiss his appeal. Appellant's counsel also asserts that he sent a motion to dismiss to appellant for appellant's signature but that appellant has not yet returned the motion with his signature.

In light of the preceding, we abate this appeal to allow the trial court to conduct a hearing to determine whether appellant wishes to prosecute his appeal. *See Trejo v. State*, No. 04-14-00731-CR, 2015 WL 1247272, at *1 (Tex. App.—San Antonio Mar. 18, 2015, no pet.) (per

curiam) (mem. op., not designated for publication) (noting that appellate court abated appeal to determine whether appellant desired to pursue appeal); *see also* Tex. R. App. P. 43.6 (permitting courts of appeals to make "any other appropriate order that the law and the nature of the case require"). If the trial court determines during the hearing that appellant does not wish to pursue this appeal, it shall direct appellant and his attorney to submit a motion to dismiss with this Court that complies with Rule 42.2 of the Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2. On the other hand, if the trial court determines that appellant does wish to pursue his appeal, it shall inform appellant and his attorney that his appellant's brief is due 30 days from the date of the hearing, that no further extensions will be granted, and that the failure to timely file a brief will result in this Court ordering a hearing under Rule 38.8. *See id.* R. 38.8 (authorizing appellate courts to abate appeal for hearing to determine whether appellant desires to prosecute appeal).

On remand, the trial court shall make appropriate written findings and recommendations. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings, conclusions, and orders, if any—to be prepared and forwarded to this Court no later than September 23, 2024. *See id.* R. 34.5(c)(2), .6(d) (authorizing supplementation of clerk's and reporter's records).

It is ordered on August 30, 2024.


Before Justices Baker, Smith, and Theofanis

Abated and Remanded

Filed: August 30, 2024

Do Not Publish

2